**Julie Deffenbaugh WILLIAMS, Plaintiff–Appellee–Cross–Appellant,**

v.

**WAL–MART STORES, INC., et al., Defendants,**

**Wal–Mart Stores, Inc., Defendant–Appellant–Cross–Appellee.**

**No. 97–10685.**

United States Court of Appeals, Fifth Circuit.

July 22, 1999.

Mark C. Brodeur, Dallas, TX, for Williams.

Jimmy Preston Wrotenbery, Kevin D. Jewell, Magenheim, Bateman, Robinson, Wrotenbery & Helfand, Houston, TX, for Wal–Mart Stores, Inc.

Geoffrey Lundeen Carter, EEOC, Office of the General Counsel, Washington, DC, for EEOC, Amicus Curiae.

Allison Anne Jones, Davidson, Nix & Jones, Shreveport, LA, Paula Ann Brant-

ner, San Francisco, CA, for Nat. Emp. Lawyers Ass'n, Amicus Curiae.

Before POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.*

PER CURIAM:

The en banc court reinstates the panel opinion, except for Part II C relating to punitive damages, and remands this matter to the panel for appropriate disposition of the punitive damages issue in light of the intervening decision in *Kolstad v. American Dental Ass'n,* — U.S. ——, 119 S.Ct. 2118, —— L.Ed.2d —— (1999).